BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00133-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| v. | |
| GRADY HANKS, | |
| Defendant, | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Laurel J. Montoya, Assistant U.S. Attorney, and Robert S. Wynne, attorney for Grady Hanks, that the sentencing hearing set for August 26, 2013 be continued to September 23, 2013 at 8:30 a.m.

On August 12, 2013, the Court continued the sentencing hearing to August 26, 2013 due to the unavailability of defense counsel.  Counsel for the government is unavailable August 26, 2013 and agreed to that date in error.

DATED:  August 14, 2013          /s/ Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant United States Attorney

///

///

///

Stipulation and Proposed Order

1

1

DATED:  August 14, 2013                    /s/ Robert S. Wynne
                                           ROBERT S. WYNNE

2                                          Attorney for Defendant

3

4

5

IT IS SO ORDERED.

6

7      Dated:   **August 15, 2013**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order