# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GRADY HANKS,<br><br>　　　　　　　Defendant. | 1:12-cr-00133 LJO SKO<br><br>**ORDER RE DEFENDANT'S REQUEST TO CORRECT PRESENTENCE REPORT** |

　　　The Court has received and reviewed Defendant Grady Hanks' pro se request to have the Court correct his presentence report ("PSR"). Doc. 54. Specifically, Defendant points out that the PSR's discussion of his prior convictions does not reference the state statutory provisions under which he was convicted previously. *Id*. Defendant requests that his PSR be corrected to include information about the statutory provisions associated with each of his convictions. *See id*.

　　　PSRs do not routinely contain this information, and the Court is unaware of any requirement that they do so. Defendant, however, may contact his trial counsel to request a copy of his criminal record (his rap sheet), which will provide the information he seeks.

　　　The Clerk of Court is directed to serve a copy of this order on Defendant's trial counsel of record, Robert Sherman Wynne.

IT IS SO ORDERED.

　　Dated: __**August 11, 2016**__　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1