1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Branch Chief, Fresno Office
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5

6                   IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )   Case No. 1:12-CR-00133 LJO-SKO
                                        )
10              *Plaintiff,*            )   **APPLICATION AND ORDER FOR**
                                        )   **APPOINTMENT OF CJA PANEL COUNSEL**
11  vs.                                 )
                                        )
12  GRADY HANKS,                        )
                                        )
13              *Defendant,*            )
                                        )
14  _____    )

15

16          Defendant, Grady Hanks, through the Federal Defender for the Eastern District of

17  California, hereby requests appointment of CJA Panel Counsel.

18          Mr. Hanks had retained counsel and is now seeking appointed counsel under General

19  Order 595. Mr. Hanks submits the attached Financial Affidavit as evidence of his inability to

20  retain counsel. Mr. Hanks was sentenced to a 188-month term of imprisonment on April 28,

21
22  2014 and is currently in custody.

23          General Order 595 appoints counsel for all indigent defendants seeking assistance under

24  the First Step Act. Therefore, after reviewing the attached Financial Affidavit, it is respectfully

25
    recommended that CJA panel counsel be promptly appointed pursuant to 18 U.S.C. § 3006A to
26
27  represent Mr. Hanks on his compassionate release proceedings related to this case.

28

DATED: October 20, 2020                    _____*/s/ Eric V. Kersten*_____
                                           ERIC V. KERSTEN
                                           Assistant Federal Defender
                                           Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the

Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **October 21, 2020**          _____/s/ *Barbara A. McAuliffe*_____
                                       UNITED STATES MAGISTRATE JUDGE